NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC., DEREK DEBUS, WESLEY A. MCCAULEY,**

*Petitioners*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**

*Respondent*

---

2025-1399

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2   NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC. V.
SECRETARY OF VETERANS AFFAIRS

(2)  Each side shall bear their own costs.

FOR THE COURT

June 18, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 18, 2025